UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DETELIN DRAGANOV,

Plaintiff,

v.

TANYA NIKOLOVA,

Defendant.

CASE NO. C17-0613-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On April 21, 2017, Plaintiff Detelin Draganov was granted *in forma pauperis* (IFP) status. (Dkt. No. 3.) If a plaintiff has been granted IFP status, the Court shall dismiss the case at any time if it determines that the action fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). Accordingly, and for the reasons set forth below, the Court hereby DISMISSES Draganov's complaint (Dkt. No. 4) without prejudice.

A complaint must cite facts supporting a "plausible" cause of action. *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555-56 (2007). A claim has "facial plausibility" when the party seeking relief "pleads factual content that allows the Court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662, 672 (2009)

1   (internal quotations omitted). Conclusory allegations of law will not suffice. *Vasquez v. L.A.*

2   *County*, 487 F.3d 1246, 1249 (9th Cir. 2007).

3        Here, Draganov alleges no facts to support his claims. Instead, he merely alleges, without

4   elaboration, that Defendant Tanya Nikolova participated in a conspiracy and committed

5   malicious prosecution, fraud, false allegations, libel, imprisonment of a minor, and crimes

6   against children. (Dkt. No. 4 at 2.) Without any supporting factual allegations, Draganov fails to

7   state a claim upon which relief can be granted.

8        Draganov's complaint (Dkt. No. 4) is therefore DISMISSED without prejudice.

9        DATED this 21st day of April 2017.

                                William M. McCool
                                Clerk of Court

                                s/Paula McNabb
                                Deputy Clerk