THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DETELIN DRAGANOV,<br><br>                    Plaintiff,<br><br>         v.<br><br>TANYA NIKOLOVA,<br><br>                    Defendant. | CASE NO. C17-0613-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On April 21, 2017, this Court dismissed Plaintiff Detelin Draganov's complaint because it alleged no facts to support his claims. (Dkt. No. 5 at 1-2.) Draganov's complaint was dismissed without prejudice, meaning he could refile a new lawsuit based on the same claims, provided that he cured the deficiencies identified by the Court.

Draganov now responds to the Court's order. (Dkt. No. 6.) The Court construes this response as a motion for reconsideration. Under this Court's local rules, "[m]otions for reconsideration are disfavored." W.D. Wash. Local Civ. R. 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*

MINUTE ORDER C17-0613-JCC
PAGE - 1

1     Draganov's response/motion restates his claims with some factual elaboration. (*See* Dkt.
2 No. 6 at 1-6.) But, importantly, his *complaint* remains deficient, meaning the dismissal without
3 prejudice must stand. Draganov's motion for reconsideration (Dkt. No. 6) is DENIED. This case
4 will REMAIN closed and no further filings will be accepted.

    DATED this 19th day of May 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk